# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

TERRY JOHNSON,

      Petitioner

: No. 391 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

TERRY JOHNSON,

      Petitioner

: No. 392 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

TERRY JOHNSON,

      Petitioner

: No. 393 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

: No. 394 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    : No. 395 EAL 2020

        Respondent

                : Petition for Allowance of Appeal
                  from the Order of the Superior Court
        v.

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    : No. 396 EAL 2020

        Respondent

                : Petition for Allowance of Appeal
                  from the Order of the Superior Court
        v.

TERRY JOHNSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    : No. 397 EAL 2020

        Respondent

                : Petition for Allowance of Appeal
                  from the Order of the Superior Court
        v.

TERRY JOHNSON,

        Petitioner

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.